■ In the Matter of RALPH J. RISPOLI, JR., Appellant, v BOARD OF EDUCATION OF CITY OF NEW YORK, Respondent. [630 NYS2d 249] —Appeal by the petitioner from a judgment of the Supreme Court, Kings County (Golden, J.), dated March 1, 1994.

Ordered that the judgment is affirmed, with costs, for reasons stated by Justice Golden at the Supreme Court. Mangano, P. J., O'Brien, Ritter, Pizzuto and Florio, JJ., concur.